HENRY BORGES, Respondent, *v.* JOSEPH ROSENBERG et al., Defendants, and JOSEPH FREEDMAN, Appellant.

*Borges* v. *Freedman*, 128 App. Div. 924, affirmed.
(Submitted May 10, 1910; decided May 31, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 10, 1908, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to foreclose a mortgage.

*Maxwell C. Katz* and *Otto C. Sommerich* for appellant.

*Harold Swain* and *Norman Wilmer Chandler* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

ELIZABETH DEVINE, Respondent, *v.* THE BROOKLYN HEIGHTS RAILROAD COMPANY, Appellant.

*Devine* v. *Brooklyn Heights R. R. Co.*, 131 App. Div. 142, reversed.
(Argued May 11, 1910; decided May 31, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 10, 1909, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been sustained through defendant's negligence.

*D. A. Marsh* and *George D. Yeomans* for appellant.

*John F. Carew* for respondent.

Judgment reversed and new trial granted, costs to abide event, on dissenting opinion of JENKS, J., below.
Concur: HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.; CULLEN, Ch. J., concurs in result.